**Electronically Filed
Supreme Court
SCPW-19-0000432
07-JAN-2020
02:07 PM**

SCPW-19-0000432

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

FRANCIS P. GRANDINETTI, Petitioner,

vs.

STATE OF HAWAIʻI, Respondent.

ORIGINAL PROCEEDING
(CR. NO. 93-0141)

ORDER DENYING PETITION
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

On December 18, 2019, petitioner Francis P. Grandinetti filed a document entitled, "On Petition, SC-HI: Supervisory Writs, Mandamus, Injunctions, and/or Governor's Stay". The document was filed as a petition. Upon consideration of the document and the record,

IT IS HEREBY ORDERED that the petition is denied. Petitioner should seek the assistance of his recently-appointed counsel, the Office of the Public Defender, who was appointed by the third circuit court in Cr. No. 93-0141.

DATED: Honolulu, Hawaiʻi, January 7, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

